**ACLI INTERNATIONAL COMMODITY SERVICES, INC., Respondent,**

v.

**Gregory B. LINDWALL, Appellant.**

No. C8–83–1783.

Supreme Court of Minnesota.

Oct. 10, 1984.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that Gregory B. Lindwall's petition for further review be, and the same is, granted for one sole and limited purpose of vacating the award of $500 attorney fees on appeal to the Court of Appeals. That award is hereby vacated. No briefs or further action is required of counsel.